

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

August 10, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Cary Yan et al., 20 Cr.  402**

Dear Judge Davison:

    The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment for defendants Cary Yan and Gina Zhou. We have designated the indictment and associated documents for sealing because the defendants are presently unaware that their arrest is sought, and could flee if the indictment were unsealed prior to arrest. We nonetheless request that the indictment be unsealed for the limited purpose of providing the indictment to foreign and domestic law enforcement and other government authorities in connection with requests to other countries for the defendants' extradition to this country. We request that the indictment otherwise remain sealed until further order of the Court.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Hagan Scotten
    Assistant United States Attorney
    (212) 637-2410

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE

8/10/20