

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

December 4, 2020

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10601

Re:   United States v. Cary Yan et al., 20 Cr. 402

Dear Judge Parker:

The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment, and associated arrest warrants. The defendants have been provisionally arrested in Thailand. To complete the defendants' extradition, two certified copies of the indictment and two certified copies of each arrest warrant are required. The Government therefore respectfully requests that the indictment and warrants be unsealed solely for the limited purpose of obtaining those documents.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   /s/ Hagan Scotten
      Hagan Scotten
      Assistant United States Attorney
      (212) 637-2410

SO ORDERED:

*Katharine H Parker*
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE