# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

November 10, 2022

<u>By ECF</u>

The Honorable Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:  *United States v. Cary Yan*, 20 Cr. 402 (NRB)

Dear Judge Buchwald:

  We represent Mr. Cary Yan, and we respectfully submit this letter on behalf of all parties to request an adjournment of the upcoming status conference in the above-referenced case, which is currently set for November 15, 2022. All parties consent to this proposed adjournment, and this is the parties' second request for an adjournment.

  We have conferred with the government, as well as counsel for Ms. Zhou, and we respectfully request that the status conference be adjourned to December 1, 2022, subject to the Court's availability. The defendants consent to the exclusion of time under the Speedy Trial Act through the new conference date, in the interests of justice, to allow for the completion and review of discovery, and to provide the parties additional time to discuss a potential resolution of the matter.

  We appreciate the Court's time and attention to this request.

              Respectfully submitted,  
              KRIEGER KIM & LEWIN LLP

            By: */s/ Jonathan F. Bolz*  
              Edward Y. Kim  
              Jonathan F. Bolz  
              Georgia V. Kostopoulos

cc:  All counsel of record (via ECF)