# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

November 10, 2022

By ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**ENDORSEMENT**
*The conference is adjourned until December 1, 2022 at noon. Speedy trial time excluded. 18 U.S.C. § 3161(h)(7)(A).*
*So Ordered.*
*Naomi Reice Buchwald*
*USDJ*
*11/10/22*

**Re:** *United States v. Cary Yan*, 20 Cr. 402 (NRB)

Dear Judge Buchwald:

We represent Mr. Cary Yan, and we respectfully submit this letter on behalf of all parties to request an adjournment of the upcoming status conference in the above-referenced case, which is currently set for November 15, 2022. All parties consent to this proposed adjournment, and this is the parties' second request for an adjournment.

We have conferred with the government, as well as counsel for Ms. Zhou, and we respectfully request that the status conference be adjourned to December 1, 2022, subject to the Court's availability. The defendants consent to the exclusion of time under the Speedy Trial Act through the new conference date, in the interests of justice, to allow for the completion and review of discovery, and to provide the parties additional time to discuss a potential resolution of the matter.

We appreciate the Court's time and attention to this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: Edward Y. Kim
Jonathan F. Bolz
Georgia V. Kostopoulos

cc: All counsel of record (via ECF)