# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue
New York, NY 10110

Telephone: (212) 390-9550
www.KKLllp.com

February 2, 2023

By ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cary Yan*, 20 Cr. 402 (NRB)

Dear Judge Buchwald:

    We represent Cary Yan in the above-referenced case. We write to respectfully request an adjournment of Mr. Yan's sentencing, which is currently scheduled for February 16, 2023, to allow, among other things, additional time for counsel to translate and review the Presentence Investigation Report with Mr. Yan. This is the first request to adjourn sentencing, and the government consents.

    We have conferred with the government and Chambers about scheduling, and we respectfully request that the sentencing be adjourned to the afternoon of March 28, 2023, subject to the Court's availability.

    We appreciate the Court's time and attention to this request.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: _____
Edward Y. Kim
Jonathan F. Bolz

cc:   All counsel of record (via ECF)

---

**ENDORSEMENT**

The sentencing is adjourned until March 28, 2023 at 1 p.m. The defense sentencing submission is due March 10, 2023 and the Government's on March 20, 2023. So Ordered.

*Naomi Reice Buchwald, USDJ*
2/2/23