# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

March 9, 2023

By ECF

The Honorable Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

           Re:    *United States v. Cary Yan*, 20 Cr. 402 (NRB)

Dear Judge Buchwald:

      We represent Cary Yan in the above-referenced case. We write with the consent of the government to respectfully request an adjournment of Mr. Yan's sentencing, which is currently scheduled for March 28, 2023. This is the second request to adjourn sentencing. The Court has previously granted one adjournment.

      We have conferred with the government and Chambers about scheduling and respectfully request that the sentencing be adjourned to May 16, 2023, subject to the Court's availability.

      We appreciate the Court's time and attention to this request.

                                                 Respectfully submitted,  
                                                 KRIEGER KIM & LEWIN LLP

                                   By: _____  
                                         Edward Y. Kim  
                                         Jonathan F. Bolz

cc:      All counsel of record (via ECF)