# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

March 9, 2023

<u>By ECF</u>

The Honorable Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:    *United States v. Cary Yan*, 20 Cr. 402 (NRB)

Dear Judge Buchwald:

    We represent Cary Yan in the above-referenced case. We write with the consent of the government to respectfully request an adjournment of Mr. Yan's sentencing, which is currently scheduled for March 28, 2023. This is the second request to adjourn sentencing. The Court has previously granted one adjournment.

    We have conferred with the government and Chambers about scheduling and respectfully request that the sentencing be adjourned to May 16, 2023, subject to the Court's availability.

    We appreciate the Court's time and attention to this request.

                                     Respectfully submitted,  
                                     KRIEGER KIM & LEWIN LLP

                        By:   */s/ Jonathan F. Bolz*  
                                   Edward Y. Kim  
                                   Jonathan F. Bolz

cc:    All counsel of record (via ECF)

```
Application granted.  The sentencing hearing is adjourned until
May 16, 2023 at 11:00 a.m.  The defendant's sentencing submission
is due on May 1, 2023.  The Government's sentencing submission is
due May 8, 2023.
SO ORDERED.
```

*/s/ Naomi Reice Buchwald*  
NAOMI REICE BUCHWALD  
UNITED STATES DISTRICT JUDGE

```
Dated:   New York, New York
         March 10, 2023
```